UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:05CR678 HEA |
| | ) | |
| MARKEITH FULLER, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter comes before the Court upon Defendant's Motion to Continue Trial Date [Doc. #52] and Waiver of Speedy Trial [Doc. #39]. Government's counsel has consented to this motion.

This Court, upon careful consideration of the motion of Defendant, , and on review of the record, finds that the ends of justice would best be served by continuing the trial setting as to Defendant Markeith Fuller to <u>August 21, 2006</u>, and that a continuance of these proceedings outweighs the best interest of the public and the defendant in a speedy trial. Furthermore, failure to grant a continuance would deny counsel for the Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Defendant Markeith Fuler has filed with this Court a signed Waiver of Speedy Trial under the Speedy Trial Act, 18 U.S.C. §3161, agreeing to the continuance of the trial date.

Concluding that the administration of justice will best be served by continuing this case, the Court will reset trial in this proceeding.

Accordingly,

**IT IS HEREBY ORDERED**, that the trial setting of July 17, 2006, as to Defendant

Markeith Fuller is **VACATED**, and that the trial is **RESET** to August 21, 2006, at 9:30 a.m.

Dated this 11th day of July, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE