UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:05CR678 HEA |
| MARKEITH FULLER, | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Defendant's Motion to Reduce Term of Imprisonment Pursuant to Title 18 U.S.C. §3582 [Doc. #82]. Upon review of the court file and the sentencing judgment, the Court concludes that the defendant is not eligible for a reduction in sentence pursuant to Title 18 U.S.C. §3582.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's Motion [Doc. #82] filed pursuant to 18 U.S.C. §3582(c)(2) is hereby denied..

Dated this 14th day of March, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE